■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE V. CITRONNELLE, Appellant. [39 NYS3d 788]—An appeal having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Michael J. Obus, J.), rendered October 15, 2014, and September 23, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Renwick, Feinman, Gische and Kapnick, JJ.